IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARRYL ROBINSON II,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.                       CASE NO. 1D15-4525

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed February 5, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Darryl Robinson II, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    Petitioner is granted a belated appeal of the April 21, 2015, judgment and sentence in Duval County Circuit Court case number 16-2014-CF-010078-AXXX-MA. Upon issuance of mandate in this cause, a copy of this opinion shall be provided

to the clerk of the circuit court for treatment as the notice of appeal. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

OSTERHAUS, KELSEY, and WINOKUR, JJ., CONCUR.